**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANYEL ALBERTO MELO FRANCO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, *et al.*,<br><br>Respondents. | Case No. 1:26-cv-01383 KES CDB (HC)<br><br>A-Number: 246 605 732<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 9 |

Petitioner Anyel Alberto Melo Franco, a federal immigration detainee, brought a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking release or a bond hearing before an immigration judge. *See* Doc. 1 at 18. As petitioner has been removed from the United States, the magistrate judge found the petition is moot and recommended dismissal. Doc. 9.

On March 23, 2026, the Court served the findings and recommendations on the parties, with notice that any objections were to be filed within 14 days. Doc. 9 at 4. On April 7, 2026, the U.S. Postal Service returned the mail to Petitioner, marked "[d]etainee not in custody."[1] Neither Petitioner nor Respondents filed any objections and the time to do so has expired.

Consistent with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations

---

[1] Nevertheless, service upon Petitioner is deemed effective pursuant to Local Rule 182(f).

are supported by the record and proper analysis.   The Court **ORDERS**:

      1.     The findings and recommendations issued on March 23, 2026 (Doc. 9) are **ADOPTED** in full.

      2.     The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

      3.     The Clerk of Court is directed to terminate pending matters and close this case.

IT IS SO ORDERED.

Dated:    April 16, 2026    

_____
UNITED STATES DISTRICT JUDGE

2